**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Remedios REYES–GARCIA, also known as Jose Remedios Reyes, also known as Ricardo Valles Ramirez, Defendant–Appellant.**

No. 06–10170
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Nancy E. Larson, Assistant U.S. Attorney, Christopher R. Wolfe, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Christopher Allen Curtis, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Remedios Reyes–Garcia raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense, and by *United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006), which held that a sentence within a properly calculated Guideline range is presumptively reasonable. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.